**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone     (310) 203-2242**
**Facsimile     (310) 203-2287**

**Attorney For Plaintiff(s)**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD NASSER ALY, HEND SAMY HABIB | Case No.:   2:24-cv-10054 |
| Plaintiff(s), | **COMPLAINT FOR:** |
| vs. | **1) DECLARATORY AND INJUNCTIVE RELIEF** **2) WRIT IN THE NATURE OF IMMIGRATION MANDAMUS** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10, | |
| Defendants. | |

By and through her undersigned counsel, Plaintiffs; MAHMOUD NASSER ALY and HEND SAMY HABIB ("Plaintiff(s)") brings this action, individually or derivatively on behalf of MAHMOUD NASSER ALY.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **INTRODUCTION**

1. This action is brought by Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of June 02, 2015 and which has still not been called for an interview.

2. On December 05, 2014, Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib came to the United States at New Yorks on a B2 visa and have stayed in the US ever since. In May 2015, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the Vermont Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal; Exhibit B: I-589 Receipt Notice)**. Plaintiff(s) Mahmoud Nasser Aly and derivative spouse sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of Plaintiff Mahmoud Nasser Aly's past persecution by the Islamic Salafia Groups in Egypt.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib to present themselves for biometric inspection at a designated USCIS Application Support Center between June 07, 2015 and June 21, 2015. *See* **(EXHIBIT C: I-797 Notice of Action- Fingerprint Notifications).** Plaintiff(s) Mahmoud Nasser Aly and derivative spouse did appear at the

designated Application Support Center on June 17, 2015 and provided their biometric information.

4. After providing their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. The Plaintiff(s) have been waiting over 9 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff(s) Mahmoud Nasser Aly and derivative spouse are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 8 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## PARTIES

6. Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib are citizens of Egypt. Plaintiff(s) Mahmoud Nasser Aly and derivative spouse came to the United States on a B2 visa on December 05, 2014. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal in May 2015.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and

3

Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate

4

Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## **JURISDICTION**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered

a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, no balancing of factors is required or permitted."

**<u>VENUE</u>**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in West Covina, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

**EXHAUSTION OF REMEDIES**

20. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib received their notification to process their biometric information and received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) have been waiting over 9 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

**CAUSE OF ACTION**

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib filed an application for Asylum and Withholding of Removal in May 2015.

22. Since filing their Application, Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Mahmoud Nasser Aly and derivative spouse, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 9 years since Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiffs' claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for over 9 years. Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib have

been constantly hoping to have the case scheduled for an interview so their case could
then be adjudicated and he and his family can progress with their lives. Due to the
abnormally long wait and lack of certainty surrounding when their asylum case will be
heard, Plaintiff and his derivative spouse are enduring significant psychological trauma.

b.  The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with
their lives in the United States without fear of being forced to return to Egypt, a country
where upon return it is reasonable to believe he and his family will be persecuted.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully
withholding or unreasonably delaying action on Plaintiff(s) Mahmoud Nasser Aly and
derivative spouse Hend Samy Habib's application and have failed to carry out the non-
discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be
free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib have attempted to
learn about the status of their pending Asylum and Withholding of Removal application, all
to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an
asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

**PRAYER**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Mahmoud Nasser Aly and derivative spouse Hend Samy Habib' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.


Dated: November 20, 2024

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS MAHMOUD NASSER ALY ET AL. V. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                          **PAGES**

**A.** I-589 Application for Asylum............................................................................................1

**B.** I-589 Asylum Receipt Notice....................................................................................12

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)............................................... 13

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 11/30/2014

I-589, Application for Asylum
and for Withholding of Removal

START HERE - Type or print in black ink. See the instructions for information about eligibly and how to complete and file this application. There is NO filing fee for this application.

NOTE: Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) N/A | 2. U.S. Social Security Number (if any) N/A |
|---|---|

| 3. Complete Last Name ALY | 4. First Name MAHMOUD | 5. Middle Name NASER |
|---|---|---|

6. What other names have you used (include maiden name and aliases)?
MAHMOUD NASER ALY MAHMOUD ALY

7. Residence in the U.S. (where you physically reside)

| Street Number and Name 14010 BETSY ROSS LN | | | Apt. Number |
|---|---|---|---|
| City CENTREVILLE | State VA | Zip Code 20121 | Telephone Number ( 615 ) 602-5020 |

8. Mailing Address in the U.S. (if different than the address in Item Number 7)

| In Care Of (if applicable): SHERIF KAMEL | Telephone Number ( ) |
|---|---|
| Street Number and Name | Apt. Number |
| City | State | Zip Code |

| 9. Gender: ☒ Male ☐ Female | 10. Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| 11. Date of Birth (mm/dd/yyyy) 06/25/1990 | 12. City and Country of Birth ALEXANDRIA, EGYPT |
|---|---|

| 13. Present Nationality (Citizenship) EGYPT | 14. Nationality at Birth EGYPT | 15. Race, Ethnic, or Tribal Group White Muslim | 16. Religion Muslim |
|---|---|---|---|

17. Check the box, a through c, that applies:  a. ☒ I have never been in Immigration Court proceedings.
    b. ☐ I am now in Immigration Court proceedings.   c. ☐ I am not now in Immigration Court proceedings, but I have been in the past.

18. Complete 18 a through c.
    a. When did you last leave your country? (mm/dd/yyyy) 12/05/2014  b. What is your current I-94 Number, if any? 46122642630
    c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 12/05/2014 | Place NYC, NY | Status B2 | Date Status Expires 06/04/2015 |
|---|---|---|---|
| Date 06/25/2012 | Place NYC, NY | Status B2 | |
| Date 07/07/2011 | Place NYC, NY | Status B2 | |

| 19. What country issued your last passport or travel document? EGYPT | 20. Passport Number 2021788 | 21. Expiration Date (mm/dd/yyyy) 12/05/2015 |
|---|---|---|
| | Travel Document Number | |

| 22. What is your native language (include dialect, if applicable) ARABIC | 23. Are you fluent in English? ☐ Yes ☒ No | 24. What other languages do you speak fluently? NONE |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID#: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

JUN 0 2 2015 AM 3 4

Form I-589 (Rev. 11/01/12) Y

1

## Part A.II. Information About Your Spouse and Children

Your spouse    ☐ I am not married. (Skip to Your Children below.)

| 1. | 2. Passport/ID Card Number *(if any)* <br> A01445098 | 3. Date of Birth *(mm/dd/yyyy)* <br> 12/15/1991 | 4. U.S. Social Security Number *(if any)* <br> NONE |
|---|---|---|---|

| 5. Complete Last Name <br> HABIB    (b)(6) | 6. First Name <br> HEND | 7. Middle Name <br> SAMY | 8. Maiden Name <br> N/A |
|---|---|---|---|

| 9. Date of Marriage *(mm/dd/yyyy)* <br> 05/17/2014 | 10. Place of Marriage <br> ALEXANDRIA, EGYPT | 11. City and Country of Birth <br> ALEXANDRIA, EGYPT |
|---|---|---|

| 12. Nationality *(Citizenship)* <br> EGYPT | 13. Race, Ethnic, or Tribal Group <br> White Muslim | 14. Gender <br> ☐ Male    ☒ Female |
|---|---|---|

15. Is this person in the U.S.? <br> ☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location)*:

| 16. Place of last entry into the U.S. <br> NYC, NY | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* <br> 12/05/2014 | 18. I-94 Number *(if any)* <br> 46122783830 | 19. Status when last admitted *(Visa type, if any)* <br> B2 |
|---|---|---|---|

| 20. What is your spouse's current status? <br> Applying for Asylum | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* <br> 06/04/2015 | 22. Is your spouse in Immigration Court proceedings? <br> ☐ Yes    ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* <br> N/A |
|---|---|---|---|

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)* <br> ☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)* <br> ☐ No

Your Children. List all of your children, regardless of age, location, or marital status.

☒ I do not have any children. *(Skip to Part A.III., Information about your background.)*

☐ I have children.    Total number of children: _____

(NOTE: Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) *(if any)* <br> NONE | 2. Passport/ID Card Number *(if any)* <br> NONE | 3. Marital Status *(Married, Single, Divorced, Widowed)* <br> NONE | 4. U.S. Social Security Number *(if any)* <br> NONE |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender <br> ☐ Male    ☐ Female |
|---|---|---|---|

13. Is this child in the U.S. ?    ☐ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location)*:

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(if any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? <br> ☐ Yes    ☐ No |
|---|---|---|

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)* <br> ☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)* <br> ☐ No

**2**

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* NONE | 2. Passport/ID Card Number *(if any)* NONE | 3. Marital Status *(Married, Single, Divorced, Widowed)* NONE | 4. U.S. Social Security Number *(if any)* NONE |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

13. Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(if any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* NONE | 2. Passport/ID Card Number *(if any)* NONE | 3. Marital Status *(Married, Single, Divorced, Widowed)* NONE | 4. U.S. Social Security Number *(if any)* NONE |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

13. Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(if any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* NONE | 2. Passport/ID Card Number *(if any)* NONE | 3. Marital Status *(Married, Single, Divorced, Widowed)* NONE | 4. U.S. Social Security Number *(if any)* NONE |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male   ☐ Female |

13. Is this child in the U.S.? ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(if any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

3



## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 31 EMTEDAD RAMSIS #502 | NASR CITY | CAIRO | EGYPT | 11/2014 | 12/2014 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 14020 BETSY ROSS LN | CENTREVILLE | VA | USA | 12/2014 | PRESENT |
| 31 EMTEDAD RAMSIS #502 | NASR CITY | CAIRO | EGYPT | 11/2014 | 12/2014 |
| ABO TALAAT ST # 5 | ALEXANDRIA | EGYPT | EGYPT | 09/2014 | 11/2014 |
| 34 BAHHA EL DEEN EL GHATWARY ST | ALEXANDRIA | EGYPT | EGYPT | 01/2002 | 09/2014 |

3. Provide the following information about your education, beginning with the most recent.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| FACULTY OF COMMERCE | ACCOUNTING | ALEXANDRIA-EGYPT | 09/2008 | 06/2015 |
| MOHAMED KORIAN HIGH SCHOOL | GENERAL | ALEXANDRIA-EGYPT | 09/2005 | 06/2008 |
| | | | | |
| | | | | |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| EGYPTIAN ARMY SERVICE - EGYPT | SOLDIER | 10/2013 | 11/2014 |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* AZZA RAOUF | ALEXANDRIA, EGYPT | ☐ Deceased ALEXANDRIA, EGYPT |
| *Father* NASER ALY | ALEXANDRIA, EGYPT | ☒ Deceased 2003 |
| *Sibling* HANY NASER | ALEXANDRIA, EGYPT | ☐ Deceased DUBAI- UAE |
| *Sibling* MOHAMED NASER | ALEXANDRIA, EGYPT | ☐ Deceased DUBAI- UAE |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part I: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   | | |
   |---|---|
   | ☐ Race | ☐ Political opinion |
   | ☒ Religion | ☒ Membership in a particular social group |
   | ☐ Nationality | ☒ Torture Convention |

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   > I have been beaten ,harassed and  threatened with killing by the Islamic Salafia Groups members in Egypt because I am Muslim man stated research about the Christianity and i do not believe with too many things in Islam religion when I asked ,i did not find answer and they consider me apostate and should be killed
   >
   > If  I go back in my country I will be killed
   > More details in my interview.

B. Do you fear harm or mistreatment if you return to your home country?

   ☐ No    ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   > I have been beaten ,harassed and  threatened with killing by the Islamic Salafia Groups members in Egypt because I am Muslim man stated research about the Christianity and i do not believe with too many things in Islam religion when I asked ,i did not find answer and they consider me apostate and should be killed
   >
   > If  I go back in my country I will be killed
   > More details in my interview.

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No     [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No     [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No     [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No     [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

I have been beaten ,harassed and  threatened with killing by the Islamic Salafia Groups members in Egypt because I am Muslim man stated research about the Christianity and i do not believe with too many things in Islam religion when I asked ,i did not find answer and they consider me apostate and should be killed

If  I go back in my country I will be killed
More details in my interview.

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [X] No    [ ] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [X] No    [ ] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [X] No    [ ] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No    [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

7

**Part C. Additional Information About Your Application** (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

[X] No          [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

[X] No          [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V, "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No          [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| MAHMOUD NASER ALY MAHMOUD ALY | محمود ناصر على محمود على |

Did your spouse, parent, or child(ren) assist you in completing this application?  [X] No    [ ] Yes *(If "Yes," list the name and relationship.)*

_____  _____  _____  _____
*(Name)*            *(Relationship)*            *(Name)*            *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?    [ ] No    [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?    [X] No    [ ] Yes

Signature of Applicant *(The person in Part A.I.)*

[   Mahmoud   ]        5/29/2015
Sign your name so it all appears within the brackets        Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| *(signature)* | Sherif KAMEL |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| (703) 338-2672 | 14010 Betsy Ross LN |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
|  | Centreville | VA | 20121 |

## Part F. To Be Completed at Asylum Interview, if Applicable

NOTE: *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                      Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet              Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

NOTE: *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ____ to ____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                      Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet              Signature of Immigration Judge

Supplement B, Form I-589

| Additional Information About Your Claim to Asylum | |
|---|---|
| A-Number *(if available)*<br>N/A | Date |
| Applicant's Name<br>MAHMOUD NASER MAHMOUD ALY | Applicant's Signature |

NOTE: *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part    A I

Question    18-c

ARRIVAL RECORDS IN USA:-
07/06/2010 ARRIVED AS B2 AT NYC, NY
06/21/2009 ARRIVED AS B2 AT NYC, NY

Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Serv...

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | APPLICATION/PETITION/REQUEST NUMBER ZAR1500035090 | | NOTICE DATE 10/05/2018 |
|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | SOCIAL SECURITY NUMBER | USCIS A# A206 978 503 | CODE N/A |
| ACCOUNT NUMBER | TCR | SERVICE CENTER ZAR | PAGE 1 of 1 |

MAHMOUD NASER ALY
412 HAMPTON RIDGE RD APT# 412
NORCROSS GA 30093

U. S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past, however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

If you have any questions or comments regarding this notice or the status of your case, please contact the NCSC toll free at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

APPLICATION NUMBER
I589 - ZAR1500035090


If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**12**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11-14  Y

Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE June 04, 2015 |
|---|---|---|---|
| CASE TYPE I589    Application For Asylum | | | USCIS A# A 206 978 503 |
| RECEIPT NUMBER ZAR1500035090 | RECEIVED DATE June 02, 2015 | PRIORITY DATE June 02, 2015 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MAHMOUD NASER ALY
14010 BETSY ROSS LN
CENTREVILLE VA 20121

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS ALEXANDRIA 8850 RICHMOND HIGHWAY SUITE 100 ALEXANDRIA VA 22309-1586 | 06/07/2015 to 06/21/2015 | Sat - Sun Closed Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY  |
|---|---|

Department of Homeland Security
Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | |
|---|---|
| Fingerprint Notification | NOTICE DATE: June 04, 2015 |
| CASE TYPE: 1589 Application For Asylum | USCIS A#: A 206 978 504 |
| RECEIPT NUMBER: ZAR1500035100 | RECEIVED DATE: June 02, 2015 | PRIORITY DATE: June 02, 2015 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
HEND SAMY HABIB
14010 BETSY ROSS LN
CENTREVILLE VA 20121



You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS ALEXANDRIA 8850 RICHMOND HIGHWAY SUITE 100 ALEXANDRIA VA 223091586 | 06/07/2015 to 06/21/2015 | Sat - Sun Closed Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.   APPLICANT COPY



**14**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 07/11/14 Y